**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

AMAZON WEB SERVICES, INC., and VADATA, INC.,

Plaintiffs,

v.

GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,

Defendant.

Civil Action No. 3:16-cv-00619-MHL

**JURY TRIAL DEMANDED**

**JOINT STATUS UPDATE**

Plaintiffs Amazon Web Services, Inc. ("AWS") and VADATA, Inc. ("VADATA" and, collectively with AWS, "Amazon") and Defendant Global Equity Management (SA) Pty. Ltd ("GEMSA" and, together with Amazon, "the Parties"), by counsel, hereby provide the Court with this Joint Status Update in advance of the continued initial pretrial conference, scheduled for May 17, 2018.

As directed by the Court, the Parties have discussed the issues raised in the April 26, 2018 initial pretrial conference. These discussions may resolve the current case by a dismissal, with certain rights reserved. The Parties expect that resolution means the Court need not set a trial date or schedule at this time. The Parties can provide the Court with additional detail at the continued initial pre-trial conference set for May 17, 2018.

Respectfully submitted,

Dated: May 16, 2018

**AMAZON WEB SERVICES, INC. and VADATA, INC.**

*Of counsel:*

J. David Hadden *
Email: dhadden@fenwick.com
Saina S. Shamilov *
Email: sshamilov@fenwick.com
Ravi Ranganath *
Email: rranganath@fenwick.com
Dargaye H. Churnet *
Email: dchurnet@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

* *Admitted Pro Hac Vice*

*<u>/s/ Laura Anne Kuykendall</u>*
Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1468
Facsimile: (804) 697-1339

*Counsel for Plaintiffs*
*AMAZON WEB SERVICES, INC. and VADATA, INC.*

Dated: May 16, 2018

**GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.**

*<u>/s/ Laura May Hooe</u>*
Martin A. Conn (VSB No. 39133)
Laura May Hooe (VSB No. 84170)
Moran Reeves & Conn PC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
(804) 421-6250 Telephone
(804) 421-6251 Facsimile
mconn@moranreevesconn.com
lmayhooe@moranreevesconn.com

Mark A. Cantor *
Thomas Arthur Lewry *
BROOKS & KUSHMAN
1000 Town Center 22 FL
Southfield, MI 48075

(248) 226-2747 Telephone
(248) 358-3351 Facsimile
mcantor@brookskushman.com
tlewry@brookskushman.com

* *Admitted Pro Hac Vice*

*Counsel for Defendant*
*Global Equity Management (SA) Pty. LTD.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the registered users:

Martin A. Conn (VSB No. 39133)
Laura May Hooe (VSB No. 84170)
Moran Reeves & Conn PC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
(804) 421-6250 Telephone
(804) 421-6251 Facsimile
mconn@moranreevesconn.com
lmayhooe@moranreevesconn.com

Mark A. Cantor (admitted pro hac vice)
Thomas Arthur Lewry (admitted pro hac vice)
BROOKS & KUSHMAN
1000 Town Center 22 FL
Southfield, MI 48075
(248) 226-2747 Telephone
(248) 358-3351 Facsimile
mcantor@brookskushman.com
tlewry@brookskushman.com

*Counsel for Defendant Global Equity Management (SA) Pty. LTD.*

*/s/ Laura Anne Kuykendall*
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1468
Facsimile: (804) 697-1339

*Counsel for Plaintiffs*
*AMAZON WEB SERVICES, INC. and VADATA, INC.*